IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAWRENCE NORTHERN,

                Plaintiff,

v.

KOREEN FRISK,

                Defendant.

ORDER

13-cv-367-jdp

---

Pro se plaintiff Lawrence Northern, a prisoner incarcerated at the New Lisbon Correctional Institution, is proceeding on a claim that defendant Koreen Frisk, a nurse clinician at the prison, failed to properly examine plaintiff or provide him with any treatment following a serious injury to his left Achilles tendon. In a January 6, 2015 order, I granted plaintiff's motion for the court's assistance in recruiting counsel to represent him and stayed the proceedings. Dkt. 34.

The court has successfully located counsel for plaintiff. Attorneys Bobby Earles and Mark Nomellini of the law firm Kirkland & Ellis LLP have agreed to represent plaintiff, with the understanding that they will serve with no guarantee of compensation for their services. It is this court's intention that the scope of the lawyers' representation extends to proceedings in this court only.[1]

Plaintiff should understand that because he is now represented in this case, he may not communicate directly with the court from this point forward. He must work directly with his lawyers and must permit them to exercise their professional judgment to determine which

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a notice of appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

1

matters are appropriate to bring to the court's attention and in what form. Plaintiff does not have the right to require counsel to raise frivolous arguments or to follow every directive he makes. He should be prepared to accept the strategic decisions made by his lawyers even if he disagrees with some of them. If plaintiff decides at some point not to work with these lawyers, he is free to end their representation, but plaintiff should be aware that it is unlikely that the court will recruit a second set of lawyers to represent him.

ORDER

IT IS ORDERED that that the clerk of court is directed to set a telephone conference before Magistrate Judge Stephen Crocker to set the schedule for the remainder of the proceedings in this lawsuit.

Entered April 29, 2015.

BY THE COURT:

/s/

JAMES D. PETERSON
District Judge