IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAWRENCE NORTHERN,

Plaintiff,                                                    ORDER

v.

KOREEN FRISK,                                               13-cv-367-jdp

Defendant.

---

This order memorializes my ruling at the November 21, 2017 pretrial conference regarding the use of restraints on plaintiff Lawrence Northern. The parties stipulated to having Northern wear a "Band-It"-style device under his civilian clothes, that civilian clothes would be provided by Northern's counsel, and that those clothes would be available to Northern in the lockup in the federal courthouse. Northern will change into the civilian clothes before the beginning of the trial day and out of them at the end of the trial day. The parties have asked the court for an order approving that stipulation. Accordingly, IT IS SO ORDERED.

Entered November 22, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge