IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAWRENCE NORTHERN,

    Plaintiff,

v.

A. BAUMGART, KOREEN FRISK,
C. WARNER, and T. JOHNSON

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-367-jdp

---

This action came before the court and a jury for consideration with District Judge James D. Peterson presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered:

(1) in favor of plaintiff Lawrence Northern against defendant Koreen Frisk in the amount of $73,000 in accordance with the jury's verdict; and

(2) denying plaintiff leave to proceed against defendants A. Baumgart, C. Warner and T. Johnson.

Approved as to form this __1ST__ day of December, 2017.

_____
James D. Peterson
District Judge

_____
Peter Oppeneer, Clerk of Court

__12/1/17__
Date