IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAWRENCE NORTHERN,

    Plaintiff,

v.

A. BAUMGART, KOREEN FRISK,
C. WARNER, and T. JOHNSON

    Defendants.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 13-cv-367-jdp

This action came before the court and a jury for consideration with District Judge James D. Peterson presiding. The issues have been tried and the jury has rendered its verdict.

(1) in favor of plaintiff Lawrence Northern against defendant Koreen Frisk in the amount of $73,000 in accordance with the jury's verdict;

(2) denying plaintiff leave to proceed against defendants A. Baumgart, C. Warner and T. Johnson; and

(3) awarding attorney fees to plaintiff's counsel in the amount of $109,500.

Approved as to form this __1ST__ day of May, 2018.

_____
James D. Peterson
District Judge

_____
Peter Oppeneer, Clerk of Court

__5/2/18__
Date